## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Christina Panvini, | : | NO: |
| | : | |
| Plaintiff, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| Starbucks Coffee Company. | : | |
| | : | |
| Defendant | : | |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Starbucks Corporation (incorrectly identified in the caption as Starbucks Coffee Company) by and through its attorneys, Cipriani & Werner, P.C., files this Notice in the United States District Court for the Eastern District of Pennsylvania for removal of an action now pending in the Court of Common Pleas of Philadelphia County, entitled Christina Panvini vs. Starbucks Coffee Company docket no. 140602201.

A copy of said removal is attached to this notice and is hereby served upon you.

Respectfully submitted,

CIPRIANI & WERNER, P.C.

By: *s/Salvatore Vilardi  84718*
    Salvatore Vilardi, Esquire
    450 Sentry Parkway, Suite 200
    Blue Bell, PA  19422
    (610) 567-0700 telephone
    (610) 567-0712 facsimile
    *Attorney for Defendant*
    *Starbucks Corporation*

Date: July 10, 2014

## CERTIFICATE OF SERVICE

I, Salvatore Vilardi, Esquire, hereby certify that a copy of the within *Notice of Removal* has been served on the following individuals by electronic and/or first class, United States mail, postage pre-paid.

Steven A. Liss, Esquire
1845 Walnut Street
Suite 1199
Philadelphia, PA 19103

Respectfully submitted,

CIPRIANI & WERNER, P.C.

By: *s/Salvatore Vilardi  84718*
Salvatore Vilardi, Esquire
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
(610) 567-0700 telephone
(610) 567-0712 facsimile
*Attorney for Defendant*
*Starbucks Corporation*

Date: July 10, 2014

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christina Panvini, | : NO: |
| | : |
| Plaintiff, | : JURY TRIAL DEMANDED |
| | : |
| v. | : |
| | : |
| Starbucks Coffee Company. | : |
| | : |
| Defendant | : |

## NOTICE OF REMOVAL

Petitioner/Defendant Starbucks Corporation, incorrectly identified in the caption as "Starbucks Coffee Company", by and through its attorneys, Cipriani & Werner, P.C., and Salvatore Vilardi, Esquire, hereby files the within Notice of Removal to the United States District Court for the Eastern District of Pennsylvania, and asserts the following:

1.     On June 16, 2014, Plaintiff Christina Panvini filed a Civil Action Complaint against Starbucks Corporation, incorrectly identified in the caption as "Starbucks Coffee Company", alleging that she was a business invitee of the Starbucks located at 2201 S. Broad Street, Philadelphia, Pennsylvania, when she allegedly slipped and fell in the restroom. A true and correct copy of the Complaint is hereto attached as Exhibit "A." A true and correct print out of the electronic docket depicting the date of filing of the Complaint is hereto attached as Exhibit "B."

2.     Defendant Starbucks was alleged served on June 19, 2014.

3.     No hearings of proceedings in this matter have been held or initiated.

4.     Plaintiff's Complaint alleges that she is a resident of the Commonwealth of Pennsylvania, residing at 1239 Durfor Street, Philadelphia, PA 19148. See Exhibit "A."

5.  Starbucks Corporation is a corporation that was incorporated under the laws of the state of Washington, and has its principal place of business at 2401 Utah Avenue South, Seattle, Washington, 98134.

6.  This matter is a civil action for which this Honorable Court has jurisdiction by virtue of diversity of citizenship of the parties pursuant to 28 U.S.C. §1332.

7.  In accordance with 28 U.S.C. §1332, this case involves (a) injuries, which as alleged by Plaintiff, will exceed the diversity jurisdictional limit, exclusive of interest and costs; and (b) is between citizens of different states.

8.  In the Complaint, Plaintiff demands damages in excess of the arbitration jurisdictional limit of $50,000.

9.  Plaintiff alleges that she was caused to suffer personal injuries which include a left fifth finger fracture resulting in a mal-union, tear of the medial meniscus of the left knee and tear of the anterior horn of the lateral meniscus in the left knee.

10.  In accordance with the applicable Federal Rules of Civil Procedure and/or other statutes, namely 28 U.S.C. §1446(b), this Notice of Removal was filed within thirty days of service of the Civil Action Complaint. Dean Johnson v. Bertis, 2002 W.L. 31388817 (E.D. Pa.), citing 28 U.S.C. §1446(b).

11.  This Notice of Removal has been filed within one year of the original filing of Plaintiff's Civil Action Complaint.

12.  Accordingly, pursuant to 28 U.S.C. §1332, this is a civil action that may be removed by Defendant Starbucks Corporation and over which this Honorable Court has original jurisdiction.

WHEREFORE, Defendant Starbucks Corporation respectfully requests that the civil action initiated by Plaintiff Christina Panvini against Petitioner/Moving Defendant Starbucks Corporation in the Court of Common Pleas of Philadelphia County, Pennsylvania be removed to this Honorable Court for all further proceedings.

Respectfully submitted,

CIPRIANI & WERNER, P.C.

By: _s/Salvatore Vilardi  84718_
    Salvatore Vilardi, Esquire
    450 Sentry Parkway, Suite 200
    Blue Bell, PA  19422
      (610) 567-0700 telephone
    (610) 567-0712 facsimile
    *Attorney for Defendant*
    *Starbucks Corporation*

Date: July 10, 2014

## <ins>AFFIDAVIT</ins>

Salvatore Vilardi, Esquire, being sworn according to law deposes and says that he is counsel for Petitioners Starbucks Corporation identified incorrectly in the caption as Starbucks Coffee Company in the within matter; and that he has read the foregoing Amended Notice for Removal and believes it to be true and correct, to the best of his knowledge, information and belief.

CIPRIANI & WERNER, P.C.

By:  <ins>s/Salvatore Vilardi  84718</ins>
    Salvatore Vilardi, Esquire
    450 Sentry Parkway, Suite 200
    Blue Bell, PA  19422
    (610) 567-0700 telephone
    (610) 567-0712 facsimile
    *Attorney for Defendant*
    *Starbucks Corporation*

Date: July 10, 2014

## CERTIFICATE OF SERVICE

I, Salvatore Vilardi, Esquire, hereby certify that a copy of the within *Notice of Removal* has been served on the following individuals by electronic and/or first class, United States mail, postage pre-paid.

Steven A. Liss, Esquire
1845 Walnut Street
Suite 1199
Philadelphia, PA 19103

Respectfully submitted,

CIPRIANI & WERNER, P.C.

By:  s/Salvatore Vilardi  84718
Salvatore Vilardi, Esquire
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
(610) 567-0700 telephone
(610) 567-0712 facsimile
*Attorney for Defendant*
*Starbucks Corporation*

Date: July 10, 2014

# EXHIBIT "A"

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 03/16/2015
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present
at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties.
There is no right to a trial denovo on appeal from a decision entered by a Judge.

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

CHRISTINA PANVINI

v.

STARBUCKS COFFEE COMPANY

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que sl usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| *You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | *Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.* |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 | Asociacion De Licenciados<br>De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 |

10-284

Case ID: 140602201

This is an arbitration matter.
Assessment of Damages required.

STEVEN A. LISS, ESQUIRE                    **ATTORNEY FOR PLAINTIFF**
Identification No. 27805
Suite 1199
1845 Walnut Street
Philadelphia, PA 19103
(215) 546-4040
Raskin.liss@yahoo.com

---

CHRISTINA PANVINI                  :      COURT OF COMMON PLEAS
1239 Durfor Street                 :      PHILADELPHIA COUNTY
Philadelphia, PA 19148             :
                                   :
        v.                         :
                                   :
STARBUCKS COFFEE COMPANY           :
2201 S. Broad Street               :
Philadelphia, PA 19148             :

## CIVIL ACTION COMPLAINT

1.      Plaintiff, Christina Panvini, is an adult individual who at all times material to this action resided at and continues to reside at 1239 Durfor Street, Philadelphia, PA 19148.

2.      Defendant, Starbucks Coffee Company, is a foreign corporation duly organized and existing in the Commonwealth of Pennsylvania, does business in the Commonwealth of Pennsylvania, more particularly in Philadelphia County, with a principal place of business and office for service located at 2201 S. Broad Street, Philadelphia, PA 19148.

3.      On or about December 4, 2012 and at all other times material to this action, defendant owned and operated a retail establishment open to the general public at 2201 Broad Street, Philadelphia, PA 19124.

5.      On or about December 4, 2012 and at all other times material to this action, defendant operated, maintained, possessed, and controlled the retail establishment at the previous location.

6.      On or about December 4, 2012, and for some time prior thereto, defendant, through their agents, servants, workmen, and/or employees permitted a dangerous condition to exist on the floor of the women's room in their retail store located at 2201 S. Broad Street, Philadelphia, PA, and while plaintiff, Christina Panvini was a business invitee lawfully upon the aforesaid premises, walking as a pedestrian she did slip and fall over said defective condition, causing plaintiff the injuries and other losses hereinafter more fully set forth at length.

7.      The aforesaid dangerous condition consisted of allowing and permitting foreign substance, which was probably water, to exist on the floor of the women's room , said condition causing a danger to business invitees in said area, there be no warning or disclosure to plaintiff or other members of the class of people which plaintiff was a member, to wit, business invitee.

8.      Plaintiff avers that Defendant knew or should have had notice of said dangerous condition prior to the happening of the aforesaid incident, said incident occurring while plaintiff, Christina Panvini was lawfully on the premises and property owned, operated, maintained, possessed and/or controlled by defendant.

9.      The negligence and carelessness of defendant further consisted of:

      (a)    allowing and permitting a dangerous condition to exist on or about said premises and property which it knew or should have known about;

      (b)    failing to correct said dangerous condition, which it knew or should have known about;

      (c)    failing to warn plaintiff and/or those class of persons which plaintiff was a member of said dangerous condition which it knew or should have known about;

      d)     failing to take corrective action and/or doing so in a negligent and careless

manner.

10.     Solely as a result of the aforesaid incident, plaintiff, Christina Panvini, was caused to sustain severe personal injuries, including but not limited to a left fifth finger fracture resulting in a malunion, tear of the medial meniscus of the left knee and a tear of the anterior horn of the lateral meniscus in the left knee, said injuries having in the past, having in the present, and will in the future cause plaintiff, Christina Panvini, great pain and suffering which are or may be permanent in nature.

11.     Solely by reason of the aforesaid injuries, plaintiff, Christina Panvini, has undergone great mental pain and suffering and physical pain and suffering and in the future will suffer great mental pain and suffering and physical pain and suffering as well as suffered severe disabilities with large and various medical bills in an attempt to cure herself of aforesaid injures.

12.     Solely as the result of the injuries sustained in the aforesaid incident, plaintiff, Christina Panvini, has lost the wages of her employment and/or has had her earning capacity impaired.

WHEREFORE, plaintiff, Christina Panvini, hereby demands judgment against defendant in a sum in excess of Fifty Thousand ($50,000.00) Dollars.

/s/   Steven A. Liss
STEVEN A. LISS, ESQUIRE
Attorney for Plaintiff

Case ID: 140602201

## VERIFICATION

Christina Panvini         , hereby states that she          is the Plaintiff

herein, that is acquainted with the facts set forth in the foregoing pleading, that

same are true and correct to the best of her  knowledge, information and belief, and that

this statement therein are made subject to the penalties of 18 PA C.S. 4904 relating to

unsworn falsification to authorities.

Christina Panvini

Case ID: 140602201

## Affidavit / Return of Service

| Plaintiff: | CHRISTINA PANVINI | Court Term & No.: 140602201 |
| --- | --- | --- |
| | | E-File# 1406053519 |
| Defendant: | STARBUCKS COFFEE COMPANY | Document Served:<br>Plaintiff's Complaint |
| Serve at: | 2201 S. BROAD STREET | Company Reference/Control No.:<br>CS114526-1JJ |

Served and Made Known to STARBUCKS COFFEE COMPANY on 06/19/2014 at 01:34 PM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: KATHY GOULDSBROUGHT, MANAGER

| Description | Age: | Height: | Weight: | Race: | Sex: |
| --- | --- | --- | --- | --- | --- |
| | 28 | 5' 6" | 125 lbs. | Caucasian | Female |
| | Other: BLACK HAIR | | | | |

| Company Profile<br>B&R SERVICES FOR PROFESSIONALS INC<br>230 S. 13TH ST.<br>PHILADELPHIA, PA 19107<br>PHONE: (215) 546-7400 | Name of Server: THOMAS KENNEY<br><br>Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
| --- | --- |
| | Deputy Sheriff: |

FILED AND ATTESTED PRO-PROTHY 27 JUN 2014 10:10 AM

lizzlraferv 12/8/11

# EXHIBIT "B"



 No Items in Cart  LOGOUT  krobinson2

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 140602201 |
| **Case Caption:** | PANVINI VS STARBUCKS COFFEE COMPANY |
| **Filing Date:** | Monday , June 16th, 2014 |
| **Court:** | ARBITRATION |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | PREMISES LIABILITY, SLIP/FALL |
| **Status:** | ARBITRATION HEARING SCHEDULED |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| ARBITRATION HEARING | 16-MAR-2015 09:15 AM | ARBITRATION CENTER | 1880 JFK Blvd., 5th Floor | *unassigned* |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | LISS, STEVEN A |
| **Address:** | 1845 WALNUT STREET SUITE 1199 PHILADELPHIA PA 19103 (215)546-4040 | **Aliases:** | *none* | |
| | | | | |

| 2 | | 1 | | PLAINTIFF | PANVINI, CHRISTINA |
|---|---|---|---|---|---|
| **Address:** | 1239 DURFOR STREET PHILADELPHIA PA 19148 | | **Aliases:** | none | |
| | | | | | |
| 3 | | | | DEFENDANT | STARBUCKS COFFEE COMPANY |
| **Address:** | 2201 S. BROAD STREET PHILADELPHIA PA 19148 | | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 16-JUN-2014 12:45 PM | ACTIVE CASE | | | 16-JUN-2014 02:01 PM |
| **Docket Entry:** | E-Filing Number: 1406029690 | | | |
| | | | | |
| 16-JUN-2014 12:45 PM | COMMENCEMENT OF CIVIL ACTION | LISS, STEVEN A | | 16-JUN-2014 02:01 PM |
| **Documents:** | ♣ Click link(s) to preview/purchase the documents <br> Final Cover | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | none. | | | |
| | | | | |
| 16-JUN-2014 12:45 PM | COMPLAINT FILED NOTICE GIVEN | LISS, STEVEN A | | 16-JUN-2014 02:01 PM |
| **Documents:** | ♣ Click link(s) to preview/purchase the documents <br> panvini v starbucks_201406161229.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| | | | | |

| 16-JUN-2014 12:45 PM | SHERIFF'S SURCHARGE 1 DEFT | LISS, STEVEN A | | 16-JUN-2014 02:01 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 16-JUN-2014 02:01 PM | ARBITRATION HEARING SCHEDULED | | | 16-JUN-2014 02:01 PM |
| **Docket Entry:** | SCHEDULED FOR ARBITRATION HEARING ON MARCH 16, 2015, AT 09:15 AM AT THE ARBITRATION CENTER, 1880 JFK BLVD., 5TH FLOOR. | | | |
| | | | | |
| 27-JUN-2014 10:10 AM | AFFIDAVIT OF SERVICE FILED | | | 27-JUN-2014 11:21 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Affidavit of Service | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON STARBUCKS COFFEE COMPANY BY PERSONAL SERVICE ON 06/19/2014 FILED. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

E-Filing System    Search Home